FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign insurer, and PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiffs,<br><br>vs.<br><br>SOPHIE A. O'SHEI, a single person, JENNIFER C. TALBERT, a single person, NICOLAS D. FROSS and AMANDA M. FROSS, individually and the martial community composed thereof,<br><br>Defendants. | CASE NO: 2:24-CV-00400-RLP<br><br>ORDER RE NOTICE OF VOLUNTARY DISMISSAL |

Before the Court is the parties' stipulated Notice of Voluntary Dismissal, ECF No. 28. The parties stipulate to the dismissal of this action, without prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a

ORDER RE NOTICE OF VOLUNTARY DISMISSAL * 1

stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared

Accordingly, **IT IS ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** without prejudice, and without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED October 6, 2025.

_____
REBECCA L. PENNELL
United States District Judge

ORDER RE NOTICE OF VOLUNTARY DISMISSAL * 2